Rose Schwind, as Administratrix, etc., of William P. Schwind, Deceased, Appellant, v. The Long Island Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edwin A. Williams, Respondent, v. Frederick W. Zingsem, as Executor, etc., of Anna K. Zingsem, Deceased, Appellant, and Dime Savings Bank of Brooklyn, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the court was without power to strike out the answer of the defendant Zingsem as executor for failure to comply with the provisions of an order affecting him in his individual capacity. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

## FOURTH DEPARTMENT, MAY, 1913.

In the Matter of the Application of the Niagara, Lockport and Ontario Power Company, Respondent, Relative to Acquiring Title to Real Estate, etc., of Hubert Snyder and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Appellant, v. Mary L. Fisher, Defendant. Le Roy Crawford, Applicant to Intervene, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse and Robson, JJ., who dissented.

Joseph L. Lazarony, Respondent, v. John Blackburn, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Harry K. Brown, Plaintiff, v. Eliza Faulkner and Others, Appellants. Ethel M. Terry, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Gertrude I. Norton, as Administratrix, etc., of Shadrach Norton, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George E. Kuznesky, as Administrator, etc., of Edward Alexander Kuznesky, Respondent, v. George E. Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Frank White, Appellant, v. The Superintendent and Board of Managers of the State Agricultural and Industrial School, at Industry, New York, Respondents.— Order affirmed. All concurred.